

AO 106 (Rev. 04/10)  Application for a Search Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Maryland

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Facebook accounts as described on Attachment A1 that<br>are located at 1601 Willow Road, Menlo Park, CA<br>94025. | )<br>)<br>)<br>)<br>)<br>) |

Case No.   **15 - 0 3 9 9 JMC**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A1

located in the _____**Northern**_____ District of _____**California**_____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B1

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

**SCANNED**

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 2422(b) | Enticement of a minor |

FILED _____ ENTERED
LODGED _____ RECEIVED

MAR 1 3 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

The application is based on these facts:

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Rachel S. Corn, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **2/07/15**

_____
*Judge's signature*

City and state:  Baltimore, Maryland

J. Mark Coulson, US Magistrate Judge
*Printed name and title*

## ATTACHMENT A1 – Facebook, Inc

This warrant applies to information associated with the following Facebook account:

- The Facebook account associated with the email address loonie198221@hotmail.com and/or UID: 100004811223944; and

- The Facebook account associated with the Vanity Name: will.wagner.5283, email addresses loonie211982@hotmail.com, loonie72182@hotmail.com, loonie1982@hotmail.com, loonie214ever@hotmail.com, and/or UID: 100004869312361;

that is stored at premises owned, maintained, controlled, or operated by Facebook, a social

networking company, headquartered at 1601 Willow Road, Menlo Park, CA 94025.

FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAR 1 3 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

1

## **ATTACHMENT B1 – Facebook, Inc**

**I.      Files and Accounts to be produced by Facebook between December 20, 2012 to the present.**

To the extent that the information described in Attachment A1 is within the possession, custody, or control of Facebook including any messages, records, files, logs, images, videos, or information that have been deleted but are still available to Facebook or have been preserved pursuant to the preservation request made on November 6, 2014, under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each account or identifier listed in Attachment A1:

a.      All contact information, including full name, user identification number birth date, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, website, and other personal identifiers of the current status of the profile page and any individuals that have "defriended" them.

b.      All Photoprints, including all photos, videos and other files uploaded by the accounts listed in Attachment A1 and all photos, videos and other files uploaded by any user that have the accounts listed in Attachment A1 tagged in them, including all available metadata concerning these files.

c.      All Neoprints, including: profile contact information; Mini-Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the User's access and use of Facebook applications.

d.      All other communications and messages made or received by the user of the accounts listed in Attachment A1, including all private messages and pending "Friend" requests. All photographs, videos and other files sent and received in the private messages.

e.      All IP logs, including all records of the IP addresses that logged into the account.

f.      All information about the User's access and use of Facebook Marketplace.

g.      The length of service (including state date), the types of service utilized by the User, and the means and source of any payments associated with the service (including any credit card or bank account number).

h.      All privacy settings and other account settings.

i.      All records pertaining to communications between Facebook and any person regarding the User or the User's Facebook account, including contacts with support services and records of actions taken.

1

## II.     Information to be Seized by Law Enforcement Personnel

a.      Any and all records that relate in any way to the email accounts described in Attachment A1 which is evidence, fruits, and instrumentalities of violations of Title 18 U.S.C. § 2422(b), specifically that relate to the following:

1.      Images, videos and other files depicting the production, distribution, receipt, possession of or access with intent to view child erotica, child pornography, the sexual exploitation of minors, sexually explicit conduct, and illicit sexual conduct;

2.      Communications or documentations regarding the production, distribution, receipt, possession of or access with intent to view child erotica, child pornography, the sexual exploitation of minors, sexually explicit conduct, and illicit sexual conduct;

3.      Communication or documentation regarding access to and/or interaction with minors, to include the enticement of a minor;

4.      Images depicting the interior or exterior of residences, public establishments, and vehicles;

5.      All images, messages and communications, including any and all preparatory steps taken in furtherance of these crimes;

6.      Communication, information, documentation and records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts;

7.      All images, messages and communications regarding wiping software, encryption or other methods to avoid detection by law enforcement;

b.      All existing printouts from original storage which concern the categories identified in subsection II.A; and

c.      All "address books" or other lists of contacts.

## III.    Manner of Search Performed by Law Enforcement

The search procedure of the electronic data contained in computer operating software or memory devices may include the following techniques which shall be used to minimize the risk that those conducting the search will view information not within the scope of the warrant:

a.      surveying various file "directories" and the individual files they contain (analogous to looking at the outside of a file cabinet for markings it contains and opening a drawer believed to contain pertinent files);

b.   "opening" or cursorily reading the first few "pages" of such files in order to determine their precise contents;

c.   "scanning" storage areas to discover and possible recover recently deleted files;

d.   "scanning" storage areas for deliberately hidden files; or

e.   performing key word or other search and retrieval searches through all electronic storage areas to determine whether occurrences of language contained in such storage areas exist that are intimately related to The Subject matter of the investigation.

If after performing these procedures, the directories, files or storage areas do not reveal evidence of child pornography, enticement of a minor, or other criminal activity, the further search of that particular directory, file or storage area, shall cease.

FILED _____ ENTERED
LODGED _____ RECEIVED

MAR 1 3 2015

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND                    DEPUTY

BY